UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :   Chapter 13
WILSON SANTIAGO JR.                     :   Bankruptcy No.   19-16046-MDC
                                        :
        Debtor(s)                       :

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the Amended Chapter 13 Plan was served on December 16, 2019 by regular mail to the following:

William C. Miller Trustee
PO Box 1229
Philadelphia, PA  19105

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Wells Fargo Bank, N.A. et. al,
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Internal Revenue Service
United States Department of the Treasury
Philadelphia, PA 19255-1498

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Police and Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020

Lendmark Financial Services , LLC
2118 Usher Street NW
Covington, GA 30014

Wells Fargo Mortgage
c/o Kevin G. McDonald, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106


Dated: 12-16-19                                         /s/ Robert D. Steinberg
                                                                **ROBERT D. STEINBERG, ESQUIRE**
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
215-814-9225