# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16046-MDC

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

**Counsel for debtor(s), by electronic notice only.**
ROBERT D STEINBERG
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST 24TH FLOOR
PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ William C. Miller

Date: 2/26/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee