United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-16046-mdc
Wilson Santiago, Jr.                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD          Page 1 of 1          Date Rcvd: Apr 02, 2020
                            Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db              +Wilson Santiago, Jr.,   183 W. Wilt Street,   Philadelphia, PA 19122-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com
          ROBERT D. STEINBERG    on behalf of Debtor Wilson  Santiago, Jr. rsteinberg@wwdlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                     TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wilson Santiago, Jr.

           Debtor(s)                                    Chapter: 13

                                                  Bankruptcy No: 19−16046−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 2nd Day of April, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                  Magdeline D. Coleman
                                  Chief Judge ,
                                  United States Bankruptcy Court