# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16046-MDC

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

Counsel for debtor(s), by electronic notice only.

ROBERT D STEINBERG
WILLIG,WILLIAMS & DAVIDSON
1845 WALNUT ST  24TH FLOOR
PHILADELPHIA, PA 19103-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee