# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-16046-MDC

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILSON SANTIAGO, JR.

    183 W. WILT STREET

    PHILADELPHIA, PA 19122-

Counsel for debtor(s), by electronic notice only.

    ROBERT D STEINBERG
    WILLIG, WILLIAMS & DAVIDSON
    1845 WALNUT ST  24TH FLOOR
    PHILADELPHIA, PA 19103-

                                      /S/ William C. Miller

Date: 8/2/2021                         _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee