# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16046-MDC

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILSON SANTIAGO, JR.

183 W. WILT STREET

PHILADELPHIA, PA 19122-

Counsel for debtor(s), by electronic notice only.

ROBERT D STEINBERG
WILLIG,WILLIAMS & DAVIDSON
1845 WALNUT ST  24TH FLOOR
PHILADELPHIA, PA 19103-

Date: 11/19/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee