## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

WILSON SANTIAGO, Jr.

                                            Chapter 13

**Debtor**                                         Case No. 19-16046

---

### ENTRY OF APPEARANCE

To the Clerk:

      Kindly enter my appearance on behalf of Wilson Santiago, Jr. in the above referenced Chapter 13 case.

                                        BY:/s/ Ashley M. Sullivan
                                        ASHLEY M. SULIVAN, ESQUIRE
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, Ste. 1400
                                        Philadelphia, PA  19102
                                        (215) 732-0101
                                        (215) 732-7790
                                        asullivan@spearwilderman.com

| | |
|---|---|
| WILLIG, WILLIAMS & DAVIDSON<br>**BY: ROBERT D. STEINBERG, ESQUIRE**<br>Identification No. 34818<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>(215) 814-9225 | Attorney for Debtor |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WILSON SANTIAGO, JR.<br><br>Debtor(s) | Bankruptcy No. 19-16046-mdc |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of ROBERT D. STEINBERG, ESQ. of WILLIG, WILLIAMS & DAVIDSON as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

/s/ Robert D. Steinberg
ROBERT D. STEINBERG, ESQ.

### ENTRY OF APPEARANCE

Kindly enter the appearance of _____ of SPEAR WILDERMAN, P.C. as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

SPEAR WILDERMAN

BY:/s/_____