**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

WILSON SANTIAGO, JR.

Debtor        Case No.: 19-16046

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that on May 19, 2022, I did serve a copy of the Motion to Modify Chapter 13 Plan Post-Confirmation on the following individuals via electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

American Honda Finance Corporation
Attn:  Reba Espericueta
National Bankruptcy Center
P.O. Box 168088
Irving, TX  75016-8088

Wells Fargo Bank
C/O Carrington Mortgage Services
Attn:  Kevin G. McDonald
1600 South Douglass Road
Anaheim, CA  92806

Internal Revenue Service
Attn:  John F. Lindinger
United States Department of the Treasury
Philadelphia, PA  19255-1498

Capital One Bank USA NA
Attn:  Ashley M. Boswell
4515 N. Santa Fe Avenue

Oklahoma City, OK  73118

Police and Fire Credit Union
Attn:  Joseph R. Loverdi
3333 Street Road
Bensalem, PA  19020

Lendmark Financial Services, LLC
Attn:  EPOC Administrator
2118 Usher Street NW
Covington, GA  30014

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd, 5th Floor
Philadelphia, PA  19102-1595


Date: May 19, 2022

                                  BY:/s/ Ashley M. Sullivan
                                      ASHLEY M. SULLIVAN, EQUIRE
                                      SPEAR WILDERMAN, P.C.
                                      230 S. Broad Street, 14th Floor
                                      Philadelphia, PA  19102
                                      (215) 732-0101
                                      (215) 7342-7790 (fax)
                                      asullivan@spearwilderman.com
                                      Attorney for Debtor