**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:

                    Chapter 13

WILSON SANTIAGO, JR.

Debtor                     Case No.:  19-16046

**CERTIFICATE OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that as of June 9, 2022, I have not received any response or objection to the Motion to Modify Chapter 13 Plan Post-Petition, filed on behalf of the Debtor on May 19, 2022.


Date: June 9, 2022

                    BY:/s/ Ashley M. Sullivan
                       ASHLEY M. SULLIVAN, EQUIRE
                       SPEAR WILDERMAN, P.C.
                       230 S. Broad Street, 14th Floor
                       Philadelphia, PA  19102
                       (215) 732-0101
                       (215) 7342-7790 (fax)
                       asullivan@spearwilderman.com
                       Attorney for Debtor