# IN THE UNITED STATES BANKRUPTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Chapter 13

WILSON SANTIAGO, JR.

Debtor                                                            Case No.:  19-16046

## CERTIFICATE OF SERVICE

I, ASHLEY M. SULLIVAN, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that on August 24, 2022, I did serve a copy of the Fifth Amended Chapter 13 Plan on the following individuals via electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

American Honda Finance Corporation
Attn:  Reba Espericueta
National Bankruptcy Center
P.O. Box 168088
Irving, TX  75016-8088

Wells Fargo Bank
C/O Carrington Mortgage Services
Attn:  Kevin G. McDonald
1600 South Douglass Road
Anaheim, CA  92806

Internal Revenue Service
Attn:  John F. Lindinger
United States Department of the Treasury
Philadelphia, PA  19255-1498

Capital One Bank USA NA
Attn:  Ashley M. Boswell
4515 N. Santa Fe Avenue

Oklahoma City, OK  73118

Police and Fire Credit Union
Attn:  Joseph R. Loverdi
3333 Street Road
Bensalem, PA  19020

Lendmark Financial Services, LLC
Attn:  EPOC Administrator
2118 Usher Street NW
Covington, GA  30014

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd, 5th Floor
Philadelphia, PA  19102-1595

Date: August 24, 2022

BY:/s/ Ashley M. Sullivan
    ASHLEY M. SULLIVAN, EQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. Broad Street, 14th Floor
    Philadelphia, PA  19102
    (215) 732-0101
    (215) 7342-7790 (fax)
    asullivan@spearwilderman.com
    Attorney for Debtor