# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILSON SANTIAGO, JR.  : CHAPTER 13

    Debtor  : NO. 19-16046-MDC

## **ORDER**

**AND NOW,** this _____ day of _____ 2022, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION, and a hearing having been held in the matter on _____, and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and Debtor's Chapter 13 Plan is modified to provide for payments in the amount of $704.00 per month, for 26 months, beginning September, 2022.

_____
MAGDELINE D. COLEMAN
J.