## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**WILSON SANTIAGO**

                                      **Chapter 13**

**Debtor**                                         **Case No. 19-16046**

---

### ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly enter my appearance on behalf of Wilson Santiago in the above referenced Chapter 13 case.

                                                          BY: /s/ Vladislav Kachka
                                                               VLADISLAV KACHKA, ESQUIRE
                                                               SPEAR WILDERMAN, P.C.
                                                               230 S. Broad Street, Ste. 1400
                                                               Philadelphia, PA  19102
                                                               (215) 732-0101
                                                               (215) 732-7790
                                                               vkachka@spearwilderman.com

    Kindly withdraw my appearance on behalf of Wilson Santiago in the above referenced Chapter 13 case.

                                                          BY:/s/ Ashley M. Sullivan
                                                               ASHLEY M. SULLIVAN, ESQUIRE
                                                               SPEAR WILDERMAN, P.C.
                                                               230 S. Broad Street, Ste. 1400
                                                               Philadelphia, PA  19102
                                                               (215) 732-0101
                                                               (215) 732-7790
                                                               asullivan@spearwilderman. com