# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**WILSON SANTIAGO**

**Chapter 13**

**Debtor**                                       **Case No. 19-16046**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Wilson Santiago in the above referenced Chapter 13 case.

>BY: /s/ Vladislav Kachka
>VLADISLAV KACHKA, ESQUIRE
>SPEAR WILDERMAN, P.C.
>230 S. Broad Street, Ste. 1400
>Philadelphia, PA  19102
>(215) 732-0101
>(215) 732-7790
>vkachka@spearwilderman.com

Kindly enter my appearance on behalf of Wilson Santiago in the above referenced Chapter 13 case.

>BY:/s/ Akeem J. Parsons
>AKEEM J. PARSONS, ESQUIRE
>SPEAR WILDERMAN, P.C.
>230 S. Broad Street, Ste. 1400
>Philadelphia, PA  19102
>(215) 732-0101
>(215) 732-7790
>aparsons@spearwilderman. com