**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

           Chapter 13

WILSON SANTIAGO, JR.

Debtor            Case No.:  19-16046

**CERTIFICATE OF NO RESPONSE**

I, AKEEM J. PARSONS, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that as of December 9, 2022, I have not received any response or objection to the Motion to Modify Chapter 13 Plan Post-Petition, filed on behalf of the Debtor on May 19, 2022.

Date: December 9, 2022

        BY:/s/ Akeem J. Parsons
           AKEEM J. PARSONS, EQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, 14th Floor
           Philadelphia, PA  19102
           (215) 732-0101
           (215) 7342-7790 (fax)
           aparsons@spearwilderman.com
           Attorney for Debtor