**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILSON SANTIAGO, JR.          : CHAPTER 13

     Debtor                                      : NO. 19-16046-MDC

## ORDER

    **AND NOW,** this  12th  day of December 2022, this matter having been brought before

the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST

CONFIRMATION,  and a hearing having been held in the matter on  November 17, 2022 , and for

good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted,

and Debtor's Chapter 13 Plan is modified to provide for payments in the amount of $821.00 per

month, for 24 months, beginning November, 2022.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE