**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

WILSON SANTIAGO, JR.

Debtor        Case No.: 19-16046

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that on September 10, 2024, I did serve a copy of the Objection to Notice of Post-Petition fees and costs on the following individuals via electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Wells Fargo Bank
C/O Carrington Mortgage Services
Attn: Kevin G. McDonald
1600 South Douglass Road
Anaheim, CA  92806

Denise Carlon, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA  19107

Date: September 10, 2024

        BY:/s/ Akeem J. Parsons
           AKEEM J. PARSONS, EQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, Suite 1650
           Philadelphia, PA  19102

(215) 732-0101
(215) 7342-7790 (fax)
asullivan@spearwilderman.com
Attorney for Debtor