# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Wilson Santiago, Jr.                    Chapter 13


    Debtor                                   Case No. 19-16046-amc


## NOTICE OF OBJECTION TO POST-PETITION FEES AND COSTS

**John Beltrante has file an objection to the Post-Petition Fees and Costs, filed by Wells Fargo NA, as Trustee for Carrington Mortgage in this bankruptcy case.**

1. **Your claim may be eliminated or changed by the court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to eliminate or change your claim,** or If you want the court to consider your views, you or your lawyer must attend the hearing on the on the objection, scheduled to be held on October 22, 2024 in Courtroom 4 , United States Bankruptcy Court, 900 Market Street, 4th Floor, Philadelphia, PA 19107.


Date: September 10, 2024


    /s/ Akeem J. Parsons, Esquire
    SPEAR WILDERMAN, PC
    230 S. Broad Street, Ste. 1650
    Philadelphia, PA  19107
    (215) 732-0101
    (215) 732-7790 (fax)
    aparsons@spearwilderman.com