United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wilson Santiago, Jr.  
    Debtor

Case No. 19-16046-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 26, 2025      Form ID: 206      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilson Santiago, Jr., 183 W. Wilt Street, Philadelphia, PA 19122-2430 |
| 14395609 | + | Lendmark Financial Services, 5105 State Route 30, Suite A, Greensburg, PA 15601-3651 |
| 14395611 | + | Police & Fire Federal Credit Union- Visa, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14395612 | + | Wells Fargo Bank Trustee for Carrington, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14398932 | + | Wells Fargo Bank, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14401177 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2025 00:55:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14395606 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2025 00:55:00 | American Honda Financial, PO Box 7829, Philadelphia, PA 19101 |
| 14406174 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2025 00:54:00 | Wells Fargo Bank, N.A. et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14454018 | | Email/Text: megan.harper@phila.gov | Feb 27 2025 00:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14416073 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 02:54:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14395607 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2025 00:55:00 | Internal Revenue Service, United States Department of the Treasury, Philadelphia, PA 19255-1498 |
| 14395608 | ^ | MEBN | Feb 27 2025 00:26:16 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14435315 | | Email/Text: bk@lendmarkfinancial.com | Feb 27 2025 00:54:00 | Lendmark Financial Services , LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14395610 | + | Email/Text: bankruptcy1@pffcu.org | Feb 27 2025 00:55:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14428895 | + | Email/Text: bankruptcy1@pffcu.org | Feb 27 2025 00:55:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14398209 | ^ | MEBN | Feb 27 2025 00:26:16 | Wells Fargo Bank, N.A., as Trustee for Carrington, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 26, 2025 | Form ID: 206 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025                                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Wilson Santiago Jr. aparsons@spearwilderman.com, aparsons@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Wilson Santiago, Jr.                                                    Case No: 19−16046−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file certification of completion of instructional course concerning personal financial management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

 

For The Court

Dated: 2/26/25

Timothy B. McGrath
Clerk of Court