Certificate Number: 03621-PAE-DE-039426912

Bankruptcy Case Number: 19-16046



03621-PAE-DE-039426912

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 10, 2025</u>, at <u>8:16</u> o'clock <u>PM EDT</u>, <u>Wilson Santiago Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 10, 2025</u>            By:    <u>/s/Lashonda Collins</u>

                                        Name:  <u>Lashonda Collins</u>

                                        Title: <u>Credit Counselor</u>