**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chapter 13

WILSON SANTIAGO, JR.

Debtor    Case No.: 19-16046

**CERTIFICATE OF SERVICE**

I, HOLLY K. BANKS, PARALEGAL, attorney for Debtor, Wilson Santiago, Jr., hereby certify that on December 31, 2025, I did serve a copy of the Motion to Reopen Chapter 13 case and Enter Discharge on the following individuals via electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Office of the United States Trustee
900 Market Street, Ste. 320
Philadelphia, PA  19107

American Honda Finance Corporation
Attn:  Reba Espericueta
National Bankruptcy Center
P.O. Box 168088
Irving, TX  75016-8088

Wells Fargo Bank
C/O Carrington Mortgage Services
Attn:  Kevin G. McDonald
1600 South Douglass Road
Anaheim, CA  92806

Internal Revenue Service
Attn:  John F. Lindinger
United States Department of the Treasury
Philadelphia, PA  19255-1498

Capital One Bank USA NA
Attn: Ashley M. Boswell
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Police and Fire Credit Union
Attn: Joseph R. Loverdi
3333 Street Road
Bensalem, PA 19020

Lendmark Financial Services, LLC
Attn: EPOC Administrator
2118 Usher Street NW
Covington, GA 30014

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595

Wells Fargo Bank
Trustee for Carrington
1600 S. Douglas Road
Ste. 200-A
Anaheim, CA 92806


Date: December 31, 2025

        BY:/s/ Holly K. Banks
         HOLLY K. BANKS, PARALEGAL
         SPEAR WILDERMAN, P.C.
         230 S. Broad Street, Ste. 1650
         Philadelphia, PA 19102
         (215) 732-0101
         (215) 7342-7790 (fax)
         hbanks@spearwilderman.com
         Attorney for Debtor