United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16046-djb |
| Wilson Santiago, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: 236 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilson Santiago, Jr., 183 W. Wilt Street, Philadelphia, PA 19122-2430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 02, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

**Name**     **Email Address**

AKEEM J. PARSONS
    on behalf of Debtor Wilson Santiago Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com

CHRISTOPHER G. CASSIE
    on behalf of Debtor Wilson Santiago Jr. ccassie@spearwilderman.com, hbanks@spearwilderman.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: 236 | Total Noticed: 1 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 236* (3/23)−doc 122 − 119

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Wilson Santiago Jr.                          )    Case No. 19−16046−djb
                                                    )
                                                    )
    Debtor(s).                                   )    Chapter: 13
                                                    )
                                                    )

## Fee Due Notice

Re:  Doc.# [119] Motion to Reopen Case

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☑ Motion Filing Fee
- ☐ Notice of Appeal

Total:     $235.00

E−Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15−3008mdc.

Non−e−filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before January 7, 2026, this matter will be referred to the Chief Judge.

Date: December 31, 2025                                      For The Court

                                                                                                      Mohung Wong
                                                                                                      Clerk of Court