**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                      Chapter 13

WILSON SANTIAGO, JR.

Debtor                                               Case No.:  19-16046

**CERTIFICATION OF NO RESPONSE**

I, CHRISTOPHER G. CASSIE, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that as of January 21, 2026, I have not received any response or objection to the Motion to Re-Open Chapter 13 case, filed on behalf of the Debtor on December 31, 2025.

Date: January 21, 2026

                                              BY:/s/ Christopher G. Cassie
                                                  CHRISTOPHER G. CASSIE, ESQUIRE
                                                  SPEAR WILDERMAN, P.C.
                                                  230 S. Broad Street, Suite 1650
                                                  Philadelphia, PA  19102
                                                  (215) 732-0101
                                                  (215) 7342-7790 (fax)
                                                  ccassie@spearwilderman.com
                                                  Attorney for Debtor