## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILSON SANTIAGO, JR.          : CHAPTER 13

    Debtor                              : NO. 19-16046-DJB

## <u>ORDER</u>

    **AND NOW,** this          day of            2026, this matter having been brought before the Court upon Debtor's MOTION TO REOPEN CHAPTER 13 CASE AND ENTER DISCHARGE,  and a hearing having been held in the matter on **January 29, 2026**, and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and the Court shall issue final discharge.

J. _____

**Date: January 29, 2026**