United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-16046-djb
Wilson Santiago, Jr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jan 30, 2026     Form ID: 138OBJ     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Wilson Santiago, Jr., 183 W. Wilt Street, Philadelphia, PA 19122-2430 |
| 14395609 | + | Lendmark Financial Services, 5105 State Route 30, Suite A, Greensburg, PA 15601-3651 |
| 14395611 | + | Police & Fire Federal Credit Union- Visa, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14395612 | + | Wells Fargo Bank Trustee for Carrington, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14398932 | + | Wells Fargo Bank, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2026 01:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2026 01:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14401177 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 31 2026 01:06:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14395606 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 31 2026 01:06:00 | American Honda Financial, PO Box 7829, Philadelphia, PA 19101 |
| 14406174 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 31 2026 01:05:00 | Wells Fargo Bank, N.A. et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14454018 | | Email/Text: megan.harper@phila.gov | Jan 31 2026 01:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14416073 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2026 01:04:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14395607 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2026 01:05:00 | Internal Revenue Service, United States Department of the Treasury, Philadelphia, PA 19255-1498 |
| 14395608 | ^ | MEBN | Jan 31 2026 00:44:04 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14435315 | | Email/Text: bk@lendmarkfinancial.com | Jan 31 2026 00:57:00 | Lendmark Financial Services , LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14395610 | + | Email/Text: bankruptcy1@pffcu.org | Jan 31 2026 01:05:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14428895 | + | Email/Text: bankruptcy1@pffcu.org | | |

|  |  | Jan 31 2026 01:05:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
|---|---|---|---|
| 14398209 | ^ MEBN | Jan 31 2026 00:44:04 | Wells Fargo Bank, N.A., as Trustee for Carrington, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Wilson Santiago  Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com |
| CHRISTOPHER G. CASSIE | on behalf of Debtor Wilson Santiago  Jr. ccassie@spearwilderman.com, hbanks@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 127 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Wilson Santiago Jr.  )   Case No. 19−16046−djb
     )
     )
   Debtor(s).  )   Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2026

For The Court

Mohung Wong
Clerk of Court