United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16046-djb

Wilson Santiago, Jr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilson Santiago, Jr., 183 W. Wilt Street, Philadelphia, PA 19122-2430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

**Name**      **Email Address**

AKEEM J. PARSONS
    on behalf of Debtor Wilson Santiago  Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com

CHRISTOPHER G. CASSIE
    on behalf of Debtor Wilson Santiago  Jr. ccassie@spearwilderman.com, hbanks@spearwilderman.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILSON SANTIAGO, JR.　　　: CHAPTER 13

　　Debtor　　　　　　　　　　　　: NO. 19-16046-DJB

**ORDER**

**AND NOW,** this ____ day of _____ 2026, this matter having been brought before the Court upon Debtor's MOTION TO REOPEN CHAPTER 13 CASE AND ENTER DISCHARGE, and a hearing having been held in the matter on **January 29, 2026**, and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and the Court shall issue final discharge.

　　　　　　　　　　　　　　　　　　　J. _____

**Date: January 29, 2026**